## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

BRYAN HILL,
Individual,

       Plaintiff,                       Case No.: 8:21-cv-02076-TPB-AAS

v.

CREDIT ONE BANK, N.A.,
a national association,

       Defendant.
_____/

### JOINT MOTION TO STAY CASE PENDING ARBITRATION

Plaintiff, Bryan Hill (Plaintiff), and defendant, Credit One Bank, N.A. (Credit One), through counsel and under the Federal Rules of Civil Procedure, agree Plaintiff's claims in the pending lawsuit are subject to arbitration and hereby move this Court to stay this entire case and refer the matter to arbitration, and state:

1. On August 27, 20201 Plaintiff filed this lawsuit against Credit One [Doc 1].

2. On September 2, 2021, Plaintiff served his Complaint and summons on Credit One.

3. Due to the presence of a mandatory, binding arbitration clause in the Credit One Cardholder Agreement, Credit One believes this Court lacks jurisdiction.

4. Plaintiff, through counsel, agrees this case is subject to mandatory arbitration.

5. The parties, therefore, respectfully request this Court stay the case in its entirety and refer the entire matter to binding arbitration.

WHEREFORE, the parties respectfully request the Court stay the proceedings and refer this entire case to arbitration, and for such other relief as this Court deems proper.

Dated: September 22, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ Jon P. Dubbeld* | */s/ Michael P. Schuette* |
| Jon P. Dubbeld, Esq., FBN 105869 | Michael P. Schuette, Esq. |
| Jordan T. Isringhaus, Esq., FBN 0091487 | Florida Bar No. 0106181 |
| Aaron M. Swift, Esq., FBN 0093088 | Dayle M. Van Hoose, Esq. |
| Sean E. McEleney, Esq., FBN 125561 | Florida Bar No. 0016277 |
| Swift, Isringhaus & Dubbeld, P.A. | Sessions, Israel & Shartle, LLC |
| 8380 Bay Pines Blvd. | 3350 Buschwood Park Drive, Suite 195 |
| St. Petersburg, FL 33709 | Tampa, Florida 33618 |
| Phone: (727) 755-3676 | Telephone: (813) 890-2460 |
| Fax: (727) 255-5332 | Facsimile: (877) 334-0661 |
| jdubbeld@swift-law.com | mschuette@sessions.legal |
| aswift@swift-law.com | dvanhoose@sessions.legal |
| jisringhaus@swift-law.com | *Counsel for Defendant,* |
| smceleney@swift-law.com | *Credit One Bank, N.A.* |
| *Counsel for plaintiff* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of September 2021, a true and correct copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.  Parties may access this filing through the Court's system.

Jon P. Dubbeld, Esq.
Jordan T. Isringhaus, Esq.
Aaron M. Swift, Esq.
Sean E. McEleney, Esq.
Swift, Isringhaus & Dubbeld, P.A.
8380 Bay Pines Blvd.
St. Petersburg, FL 33709
jdubbeld@swift-law.com
aswift@swift-law.com
jisringhaus@swift-law.com
smceleney@swift-law.com

*/s/ Michael P. Schuette*
Attorney