# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

BRYAN HILL,
Individual,

        Plaintiff,                      Case No.: 8:21-cv-02076-TPB-AAS

v.

CREDIT ONE BANK, N.A.,
a national association,

        Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Credit One Bank, N.A., through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement regarding this case and are presently drafting, finalizing, and executing the formal settlement documents.  Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: October 7, 2021

                                            Respectfully submitted,

                                            */s/ Michael P. Schuette*
                                            Michael P. Schuette, Esq.
                                            Florida Bar No. 0106181
                                            Dayle M. Van Hoose, Esq.
                                            Florida Bar No. 0016277
                                            Sessions, Israel & Shartle
                                            3350 Buschwood Park Drive, Suite 195
                                            Tampa, Florida 33618

        Telephone: (813) 890-2460
        Facsimile: (877) 334-0661
        mschuette@sessions.legal
        dvanhoose@sessions.legal
        *Counsel for Defendant,*
        *Credit One Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I certify that on this 7th day of October 2021, a copy of the foregoing was filed electronically via CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

Jon P. Dubbeld, Esq.
Jordan T. Isringhaus, Esq.
Aaron M. Swift, Esq.
Sean E. McEleney, Esq.
Swift, Isringhaus & Dubbeld, P.A.
8380 Bay Pines Blvd.
St. Petersburg, FL 33709
jdubbeld@swift-law.com
aswift@swift-law.com
jisringhaus@swift-law.com
smceleney@swift-law.com

        */s/ Michael P. Schuette*
        Attorney