UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRYAN HILL,
an individual,

   Plaintiff,
v.

Case No.: 8:21-cv-02076-JLB-AAS

CREDIT ONE BANK, N.A.
a national association,

   Defendant.
_____/

**NOTICE OF DISMISSAL OF DEFENDANT
CREDIT ONE BANK, N.A. WITH PREJUDICE**

**COMES NOW**, Plaintiff, BRYAN HILL (hereinafter, "Plaintiff"), by and through undersigned counsel and hereby files this Notice of Dismissal of Defendant CREDIT ONE BANK, N.A. (hereinafter, "Credit One") in the above-captioned action with prejudice, each party to bear their own attorneys' fees and costs.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing has been filed via CM/ECF, which will notify Defendant's counsel on this 1st day of December 2021.

            **SWIFT, ISRINGHAUS & DUBBELD P.A.**

            /s/ *Jon P. Dubbeld*
            **Aaron M. Swift, Esq., FBN 0093088**
            **Jordan T. Isringhaus, Esq., FBN 0091487**
            **Jon P. Dubbeld, Esq., FBN 105869**
            **Sean E. McEleney, Esq., FBN 125561**

8380 Bay Pines Blvd  
St. Petersburg, FL 33709  
Phone: (727) 755-3676  
Fax: (727) 255-5332  
aswift@swift-law.com  
jisringhaus@swift-law.com  
jdubbeld@swift-law.com  
smceleney@swift-law.com  
*Counsel for Plaintiff*